**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**DANIEL HARRISON,**

**Plaintiff,**

**vs.** **No. 1:21-cv-00395-KWR-JFR**

**WELLPATH, LLC, THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CURRY, PRESBYTERIAN HEALTHCARE SERVICES, INC, d/b/a PLAINS REGIONAL MEDICAL CENTER, RADIOLOGY ASSOCIATES OF ALBUQUERQUE, P.A., PETER DURSO, MD, ENRIQUE BURSZTYN, M.D., KEISHA J. BRADLEY, RN, LACI HAND, RN, EMPLOYEES JANE/JOHN DOES 1 (employees, staff, agents of Wellpath), And EMPLOYEES JANE/JOHN DOES II (law enforcement, employees of The Board of County Commissioners of Curry County),**

**Defendants.**

## ORDER STAYING PROCEEDINGS

**THIS MATTER** having come before the Court upon Plaintiff's Motion to Stay Proceedings (**Doc. 63**) and the Court being fully advised in the premises, **HEREBY FINDS AND ORDERS AS FOLLOWS:**

1. Defendants Radiology Associates of Albuquerque, PA and Enrique Bursztyn, M.D., were qualified healthcare providers during the times referenced in Plaintiff's First Amended Complaint filed on April 6, 2022.

2. Defendants Radiology Associates of Albuquerque, PA and Enrique Bursztyn, M.D., are entitled to the provisions of the New Mexico Medical Malpractice Act, NMSA 1978 § 41-5-1, et seq.

3. The stay will be lifted twenty-one (21) days after the New Mexico Medical Review Commission issues a written decision.

4. The period of time leading up to the expiration of the stay shall not count against the Plaintiff's one hundred and eighty (180) day time limit specified under NMRA 1-041(E)(2).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this matter be **STAYED** in accordance with the above ruling.

**IT IS FURTHER ORDERED** that upon rendering of a written decision by the New Mexico Medical Review Commission, the parties **SHALL FILE** a joint status report advising the Court that the stay should be lifted.

**IT IS SO ORDERED.**

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*<u>/s/ Bridget Hazen</u>*____
Bridget Hazen
Dathan Weems
108 Wellesley Dr SE
Albuquerque NM 87106
(505) 247-4700
*Attorneys for Plaintiff*

Approved as to form:

*<u>Approved via e-mail 4/11/22</u>*
Mary Behm
Sabrina Rodriguez Salvato
7601 Jefferson NE Ste 180
Albuquerque NM 87109
*Attorneys for Defendants Presbyterian Health Services, Inc., Keisha Bradley, RN And Laci Hand, RN*

*Approved via e-mail 4/7/22*
Lee M. Rogers, Jr.
Carla Neusch Williams
Post Office Drawer 700
Roswell NM 88202-0700
*Attorneys for Defendant Peter Durso, MD*

*Approved via e-mail 4/7/22*
Daniel J. Macke
8206 Louisiana Blvd NE Ste A
Albuquerque NM 87113
*Attorney for Defendant Board of County Commissioners Of the County of Curry*

*Approved via e-mail 4/7/22*
Lawrence M. Marcus
Alfred A. Park
3840 Masthead Ste NE
Albuquerque NM 87109
*Attorneys for Defendant Wellpath, LLC*